UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-MJ-00012-SMM

UNITED STATES OF AMERICA

v.

JOSE RAMIREZ-CASTILLO,

                Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No**

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No**

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   **No**

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
**JUSTIN L. HOOVER**
Assistant United States Attorney
Court ID No. A5502493
101 S. U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
Justin.Hoover@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint                                                                                     AUSA Justin L. Hoover

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOSE RAMIREZ-CASTILLO,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 26-MJ-00012-SMM<br>)<br>)<br>)<br>) |

FILED BY ___MB___ D.C.
Feb 18, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 16, 2024__ in the county of __Saint Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Angelo Zaravelis, Deportation Officer, ICE
*Printed name and title*

Date: 2/18/26

_____
*Judge's signature*

City and state: Fort Pierce, Florida         Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations ("ERO"), Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jose Piedad RAMIREZ-CASTILLO ("RAMIREZ-CASTILLO") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

3. On or about September 16, 2024, RAMIREZ-CASTILLO submitted Form I-131F, Application for Parole in Place for Certain Noncitizen Spouses and Stepchildren of U.S. Citizens, to U.S. Citizenship and Immigration Services ("USCIS"). On the application, RAMIREZ-CASTILLO stated his current U.S. mailing and physical addresses were in Port St. Lucie, Florida. RAMIREZ-CASTILLO also provided proof of residency, in part, by providing documentation of a medical visit in Fort Pierce, St. Lucie County, Florida, in 2023.

4. The St. Lucie County Sheriff's Office ("SLCSO") has partnered with ICE and is part of the 287(g) Program. The program delegates federal immigration enforcement authorities to state and local law enforcement agencies.

5. On or about February 6, 2026, Homeland Security Investigations ("HSI") provided information to ICE Deportation Officer Marc Blumsack that RAMIREZ-CASTILLO, a previously removed alien, is believed to have illegally reentered the United States and was living in Port St. Lucie. Deportation Officer Blumsack shared this information with the SLCSO 287(g) task force.

6. On or about February 12, 2026, SLCSO encountered RAMIREZ-CASTILLO in St. Lucie County, Florida, detained him and contacted ICE. RAMIREZ-CASTILLO was then arrested for a violation of immigration law.

7. SLCSO transported RAMIREZ-CASTILLO to the St. Lucie County Jail, where he was fingerprinted as a part of the booking process.

8. I reviewed documents from the immigration alien file belonging to RAMIREZ-CASTILLO, which show that he is a native and citizen of Mexico. Records show that on or about January 2, 2013, RAMIREZ-CASTILLO was ordered removed from the United States, and he was removed from the United States to Mexico that same day.

9. Thereafter, RAMIREZ-CASTILLO illegally reentered the United States. Records show that on or about July 16, 2016, RAMIREZ-CASTILLO was again ordered removed and removed from the United States to Mexico.

10. Thereafter, RAMIREZ-CASTILLO re-entered the United States illegally and was expelled from the United States and returned to Mexico under provision of Title 42, United States Code, Section 265, on February 3, 2021.

11. Law enforcement scanned the February 12, 2026, fingerprints of RAMIREZ-CASTILLO into a DHS biometric database. The results confirmed that RAMIREZ-CASTILLO is the individual that was previously removed from the United States.

12. Agents performed a record check in the Computer Linked Application Informational Management System ("CLAIMS"), to determine if Jose Piedad RAMIREZ-CASTILLO ever filed an application for permission to reapply for admission into the United States after deportation or removal. A search in that database system verified that no records exist indicating that RAMIREZ-CASTILLO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States.

13. Based on the foregoing, there is probable cause that RAMIREZ-CASTILLO committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me, in Fort Pierce, Florida, this 18th day of February 2026.

_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE